## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| CYRIL C. ANUFORO, | |
| | Criminal No. 05-2156 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER ADOPTING** |
| | **REPORT AND RECOMMENDATION** |
| COMMISSIONER OF INTERNAL | **OF MAGISTRATE JUDGE** |
| REVENUE SERVICE, | |
| Defendant. | |

_____

P Chinedu Nwaneri, **NWANERI & ASSOCIATES PLLC,** 2147 University Avenue West, Suite 105, St Paul, MN 55114, for plaintiff.

Thomas M. Newman, **UNITED STATES DEPARTMENT OF JUSTICE**, Post Office Box 7238, Ben Franklin Station, Washington, DC 20044, for defendant.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated August 22, 2007, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendant's Second Motion to Dismiss for Lack of Jurisdiction [Docket No. 22] is GRANTED and this case is dismissed without prejudice. It is further ORDERED that Plaintiff's Motion to Dismiss Defendant's Second Motion to Dismiss [Docket No. 35] is DENIED.

DATED: September 10, 2007
at Minneapolis, Minnesota.

                                                                              s/John R. Tunheim
                                                          JOHN R. TUNHEIM
                                      United States District Judge